MAGISTRATE JUDGE DONOHUE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FILED LODGED ENTERED RECEIVED
OCT 23 2006
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE
BY DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR06-5373 |
| Plaintiff, | |
| vs. | ORDER GRANTING MOTION TO CONTINUE TRIAL DATE |
| BENJAMIN BAEZ, | |
| Defendant. | |

Upon the stipulation of the parties to continue the trial date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice, therefore,

IT IS HEREBY ORDERED that the trial date be continued to January 8, 2007. The resulting period of delay from October 23, 2006 to January 8, 2007 is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(8)(A) and (B).

DONE this __23rd__ day of October, 2006.

/s/ James F. Donohue
UNITED STATES MAGISTRATE JUDGE

Presented By:

/s/ Jerome Kuh
Jerome Kuh
Attorney for Defendant

/s/ Captain Glen Templeton
Captain Glen Templeton
Special Assistant United States Attorney

06-CR-05373-ORD

ORDER GRANTING MOTION
TO CONTINUE TRIAL DATE                                1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington 98402
(253) 593-6710